IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

BOXER X, a/k/a
STANLEY FARLEY,

  Plaintiff,

vs.

JIMMY CHAUNCEY; LARRY
MONTGOMERY, and
ROSCOE BELL,

  Defendants.

CIVIL ACTION NO.: CV606-039

## ORDER

Plaintiff has filed a Motion to Convert. He states that the Court has converted Defendants' Motion to Dismiss to a Motion for Summary Judgment and he moves that his response to the Motion to Dismiss be converted to a response to the Motion for Summary Judgment. Plaintiff's motion is **GRANTED**.

SO ORDERED, this 5th day of January, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)