

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

BOXER X, a/k/a
STANLEY FARLEY,

    Plaintiff,

vs.

JIMMY CHAUNCEY; LARRY
MONTGOMERY, and
ROSCOE BELL,

    Defendants.

CIVIL ACTION NO.: CV606-039

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Defendants' Motion for Summary Judgment is **GRANTED** in part and **DENIED** in part. Plaintiff's monetary damages claims against Defendants in their official capacities are dismissed. Plaintiff's claims against Defendants in their individual capacities remain pending.

SO ORDERED, this 23RD day of MARCH, 2009.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)